## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| MARY ROSE, )<br>)<br>      Plaintiff, )<br>vs. )<br>)<br>FREEDOM RAILCAR SOLUTIONS, )<br>LLC )<br>)<br>      Defendant. ) | Case No. 1:21-CV-532 |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Mary K. Rose, and Defendant, Freedom Railcar Solutions LLC, hereby stipulate to a dismissal, **with** prejudice, of all of Plaintiff's claims and causes of action against Defendant in the above-styled and numbered case with each party to bear its own attorneys' fees and costs.

Respectfully submitted,

**SHELLIST LAZARZ SLOBIN LLP**

By:  */s/ Melinda Arbuckle*
Melinda Arbuckle
State Bar No. 24080773
marbuckle@eeoc.net
11 Greenway Plaza, Suite 1515
Houston, Texas 77046

**ATTORNEYS FOR PLAINTIFF**

1

        */s/ Harrison M. Kosmider*
W. Kirk Turner, OBA # 13791
Harrison Kosmider, OBA # 32036
McAfee & Taft, A Professional Corporation
Williams Center Tower II
Two W. Second Street, Suite 1100
Tulsa, Oklahoma 74103
Telephone: (918) 587-0000
Facsimile: (918) 599-9317
kirk.turner@mcafeetaft.com
harrison.kosmider@mcafeetaft.com

William R. Stukenberg, Attorney-in-Charge
Texas Bar Number 24051397
Porter Hedges, LLP
1000 Main Street, 36th Floor
Houston, TX  77002
(713) 226-6611 telephone
(713) 226-6211 facsimile
wstukenberg@porterhedges.com

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served in accordance with the Federal Rules of Civil Procedure on August 1, 2022 to all counsel of record.

        */s/ Melinda Arbuckle*
        Melinda Arbuckle