| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

MARY ROSE, §
§
    Plaintiff, §
§
versus §   CIVIL ACTION NO. 1:21-CV-532
§
FREEDOM RAILCAR SOLUTIONS, LLC, §
§
    Defendant. §

## ORDER OF DISMISSAL

The parties' Joint Stipulation of Dismissal With Prejudice (#17) is GRANTED. Accordingly, the above-styled case is dismissed with prejudice. Each party shall bear its own costs of court and attorney's fees.

THIS IS A FINAL JUDGMENT.

SIGNED at Beaumont, Texas, this 1st day of August, 2022.

                      MARCIA A. CRONE
                    UNITED STATES DISTRICT JUDGE